UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REONA DEAR,<br><br>                    Plaintiff,<br><br>         vs.<br><br>ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>                    Defendant. | Case No. 2:19-cv-568-VEB<br><br>ORDER AWARDING EAJA ATTORNEYS' FEES |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) fees,

IT IS ORDERED that Plaintiff shall be awarded attorneys' fees under the EAJA in the amount of four thousand dollars and no cents ($4,000.00), as authorized by 28 U.S.C. Section 2412(d), subject to the terms of the Stipulation.

DATED: July 2, 2020            /s/Victor E. Bianchini
                               VICTOR E. BIANCHINI
                               UNITED STATES MAGISTRATE JUDGE